

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2020

No. 04-19-00044-CV

**TITLE SOURCE, INC.,**
Appellant

v.

**HOUSECANARY, INC.,** formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

## O R D E R

On January 8, 2019, applicant Lawrence J. Spiwak filed an unopposed motion for *pro hac vice* admission to represent The Phoenix Center for Advanced Legal & Economic Public Policy Studies in this case. On January 14, 2020, Ryan G. Anderson, the resident practicing Texas attorney with whom applicant will be associated in this proceeding, filed a Motion in Support of *Pro Hac Vice* Admission of Lawrence J. Spiwak. After consideration, both motions are GRANTED.

It is so **ORDERED** on this 21st day of January, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court